# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA VELEZ-GUERRA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CRESCENT HOTELS & RESORTS, LLC dba FOUR POINTS BY SHERATON LAX, a Delaware limited liability company; and DOES 1 through 20, Inclusive,<br><br>Defendant. | Case No. CV 20-6861-DMG (PJWx)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Based on the parties' written stipulation and good cause appearing in support therefor, the above-captioned action is voluntarily dismissed in its entirety pursuant to Fed. R. C\Civ. P., Rule 41(a)(2), with the parties to bear their own costs.

IT IS SO ORDERED.

DATED: July 20, 2021

                                                                                       _/s/ Dolly M. Gee_
                                                                                       DOLLY M. GEE
                                                                                       UNITED STATES DISTRICT JUDGE

1